# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TRACY HUNTER,
:
    Petitioner,                                     Case No. 3:09-cv-393

:          District Judge Thomas M. Rose
  -vs-                                             Magistrate Judge Michael J. Newman

WARDEN, Chillicothe Correctional         :
Institution,

    Respondent.                              :

## ORDER TO SUPPLEMENT DOC. 6-2

      This case is pending before the Court on a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. Respondent filed the *voir dire* transcript in Petitioner's underlying criminal case as an exhibit to its Return of Writ. *See* doc. 6-2. In reviewing the *voir dire* transcript, the Court noticed that page 106 is missing. *See id.* at PageID 378-79. Accordingly, Respondent is **ORDERED** to supplement the *voir dire* transcript (doc. 6-2) with the missing page 106 no later than **April 18, 2012**.

      **IT IS SO ORDERED.**


April 11, 2012                                                         s/ **Michael J. Newman**
                                                                       United States Magistrate Judge